UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 26-2469 PA (SKx) | Date | November 4, 2026 |
| Title | J.L. v. Los Angeles Unified School District, et al. | | |

| | |
|---|---|
| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Kamilla Sali-Suleyman | N/A | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** IN CHAMBERS – ORDER TO SHOW CAUSE

The Court has received and reviewed the administrative record and the parties' pretrial submissions, including their trial briefs, memoranda of contentions of fact and law, responses to each other's contentions, and replies to each other's trial briefs (Docket Nos. 25, 27–35). The Court believes this matter may be decided on the written record and submissions without oral argument. Accordingly, no later than November 10, 2026, each party shall file a notice stating whether it waives oral argument, and agrees to submit the matter for decision on the existing record. Any party requesting oral argument shall briefly identify the issues it wishes to address. If all parties waive oral argument, the matter will be deemed submitted, and the trial currently scheduled for November 17, 2026, at 9:00 a.m. will be vacated. If any party requests oral argument or wishes to be heard, it will take place on November 17, 2026 at 9:00 a.m.

IT IS SO ORDERED.